IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TONY D. THOMPSON,

    Petitioner,

v.      CIVIL ACTION NO.: CV508-038

HUGH SMITH, Warden,

    Respondent.

## ORDER

Presently before the Court are Petitioner Tony Thompson's ("Thompson") Objections to the Magistrate Judge's Report and Recommendation dated October 31, 2008. In his Objections, Thompson asserts his petition is a "true" Rule 60(b)(4)(6) motion and this Court has jurisdiction to rule on the merits of his petition. (Doc. No. 13, p. 2). Thompson contends his motion does not attack the Court's resolution of the merits of one of his claims but a "defect in the integrity of the federal habeas proceeding." (Id.) According to Thompson, this Court erred by failing to rule on the merits of his incompetency claim presented in Case Number CV503-36.

Contrary to Thompson's assertions, the Magistrate Judge addressed Thompson's incompetency claim in Case Number CV503-36 in light of Strickland v. Washington, 466 U.S. 668 (1984). (See CV503-36, Doc. No. 40, pp. 10-12). In addition, the Eleventh Circuit Court of Appeals denied Thompson a Certificate of

Appealability because he "failed to make a substantial showing of the denial of a constitutional right." (Doc. No. 64, p. 1).

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Thompson's petition for writ of habeas corpus is **DISMISSED**. The Clerk of the Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 5 day of January, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE